IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:10-CR-00034-M
Case No. 4:24-CR-00057-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALSTON LAMONT PARKER,<br><br>Defendant. | ORDER |

These matters come before the court on the Joint Motions to Continue Hearings (4:10-cr-34, revocation hearing, DE 117) (4:24cr57, sentencing hearing, DE 27) and Motions to Seal (4:10-cr-34, DE 118) (4:24cr57, DE 28).

For good cause shown, the motions to continue are GRANTED. Defendant's sentencing and revocation hearings are continued to the June 24, 2025 term of court.

In addition, pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed documents, the motions to seal are GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 117 in 4:10-cr-34, and at DE 27 in 4:24cr57 until further order of the court.

SO ORDERED this 25th day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE